

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Joseph John Flores II  **V.**  The State of Texas

Appellate case number:   01-10-00531-CR, 01-10-00532-CR, 01-10-00533-CR. 01-10-00534-CR

Trial court case number:  1114129

Trial court:                    228th District Court of Harris County

Date motion filed:         March 22, 2013

Party filing motion:       Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Terry Jennings
                              ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Keyes


Date: May 1, 2013